

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

*Douglas J. Johnson*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

v.

*East Tawas Housing
Commission
City of East Tawas our
owners*

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case: 2:21-cv-10437
Judge: Steeh, George Caram
MJ: Grand, David R.
Filed: 2/8/2021
CMP JOHNSON VS EAST TAWAS HOUSING
COMMISSION, ET AL (DP)

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

## Complaint for a Civil Case



MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name ___Douglas J. Johnson___
Street Address ___5234 Perry Rd.___
City and County ___Grand Blanc      ATP. 3 (Genesee)___
State and Zip Code ___Mi. 48439___
Telephone Number ___989-820-7034___
E-mail Address ___dJohnson 27772 @gmail.Com___

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name ___Brent Barringer___
Job or Title (if known) ___City Manager___
Street Address ___760 Newman St PO Box 672___
City and County ___East Tawas Mi. 48730___
State and Zip Code ___Mi. 48730___
Telephone Number ___989-362-6161 Cell 989-860-8282___
E-mail Address (if known) ___www. easttawas.Com___

Defendant No. 2

Name ___James Miner___
Job or Title (if known) ___ass. Manger___
Street Address ___304 W Bay Street___
City and County ___East Tawas   (Iosco)___
State and Zip Code ___Mi 48730___
Telephone Number ___989-362-4963___
E-mail Address (if known) ___Ethcoffassist @gmail. Com___

2



MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

Name _Anne Blackmore_

Job or Title
(if known) _Executive Director_

Street Address _304 W Bay Street_

City and County _East Tawas Mi 48730_

State and Zip Code _Mi. 48730 (Iosco)_

Telephone Number _989-362-4963_

E-mail Address
(if known) _WWW.Easttawashousing commission.Com_

Defendant No. 4

Name _Doug Flemming_

Job or Title
(if known) _also Director_

Street Address

City and County _Landist_

State and Zip Code _Mi_

Telephone Number _989-362-4963_

E-mail Address
(if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                 ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3



MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*I was in section 8, federal funding, also violations of Section 504 of the rehabilitation act 1973*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____,
is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4



MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: I have no control over anything State of Mi. kid can down the road a year, I call Congressman Dan Kildee he help me or still will be waiting.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.


MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1  On 2-12-2020 I get acute kidney failure from toxics fumes
2  in Sec. 8 building. I go emergency surgery they cut hole in my
3  neck put tube to my heart. I get 5 hours a day for 6 days dialist.
4  Dr. say he look at all my chart's it say from time i move
5  in until i go to hospital kidney get bad. Dr. say one more
6  day i would die. The bill about $225,000.00 then i go to rehab
7  they have Dr's and Nurse's i get medicine's, I think about
8  $50,000.00. Mrs. Hoffmann say exacerbates my disability
9  i guess that means punitive and exemplary damages.
10  See pages 16 to 18 from Hud 12-23-2019 also 20 to 26
11  from me 8-11-2020.
12    I belive $225,000.00 is amounts of actual Damages
13  all because maintance don't want to do job
14  (Evan Bufsas) is maintance person

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Feb. 8 , 20 21 .

Signature of Plaintiff    Douglas J. Johnson

Printed Name of Plaintiff    DouGLAS J. JoHNSON



## Civil Nature of Suit Code Descriptions
## (Rev. 10/20)

### Personal Property

| Code | Title | Description |
|------|-------|-------------|
| 370 | Other Fraud (Excludes any property that is not real property) | Action primarily based on fraud relating to personal property that cannot be classified under any other nature of suit. |
| 371 | Truth in Lending<br><br>Actions relating to fraud or misrepresentation in the transfer of real property should be classified under nature of suit 290, "All Other Real Property," or, if foreclosure is involved, under nature of suit 220, "Foreclosure." | Action alleging violation of the federal Truth in Lending Act arising from consumer loan transactions involving personal property including automobile loans and revolving credit accounts. |
| 380 | Other Personal Property Damage | Action primarily based on damage to personal property caused by harmful conduct such as negligence, misrepresentation, interference with business relationships or unfair trade practices. |
| 385 | Property Damage Product Liability | Action alleging damage to personal property caused by a defective product. |

### Civil Rights

| Code | Title | Description |
|------|-------|-------------|
| 440 | Other Civil Rights (Excludes claims against corrections officials) | Action alleging a civil rights violation other than the specific civil rights categories listed below or a violation related to prison. Example: Action alleging excessive force by police incident to an arrest. |
| 441 | Voting | Action filed under Civil Rights Act, 52 U.S.C. § 10101, and Voting Rights Act, 52 U.S.C. § 10301 |
| 442 | Employment | Action filed under Age Discrimination in Employment Act 29:621:634, Equal Employment Opportunity Act (Title VII) 42:2000E, Performance Rating Act of 1950 5:4303 |
| 443 | Housing/Accommodations | Action filed under the Fair Housing Act (Title VII), 42 U.S.C. § 3601 & 3602. |
| 445 | Americans With Disabilities - Employment | Action of discrimination against an employee with disabilities of any type in the work place, filed under 42 U.S.C. § 12117 |
| 446 | Americans With Disabilities - Other *also 504 in Hud? Papers* | Action of discrimination against an individual with disabilities in areas other than employment, filed under 42 U.S.C. § 12133 (exclusion or discrimination in provision of services, programs or activities of a public entity) or 42 U.S.C. § 12188 (public accommodations) |
| 448 | Education | Action filed under the Individuals with Disabilities Educations Act, 20 U.S.C. § 1401 and Title IX of the Education Amendment of 1972, 20 U.S.C. § 1681 et seq. |

| | | |
|---|---|---|
| Authority: Acts 453 and 220, P.A. of 1976, as amended. Completion: Required Penalty: Allegations of unlawful discrimination cannot be investigated without a sworn complaint. | STATE OF MICHIGAN DEPARTMENT OF CIVIL RIGHTS **COMPLAINT** | MDCR # 501370 FED. # |

*MDCR 501370*

**CLAIMANT**
Mr. Douglas Johnson

**ADDRESS**
109 Church Street
Apartment 401
East Tawas, MI 48730

**TELEPHONE**
(989) 820-7034

**RESPONDENT** Bay Park Towers/East Tawas Housing Commission
*City of East Tawas owen's Bay park Towers*

**ADDRESS**
304 W. Bay St.
East Tawas, MI 48730

**TELEPHONE**
(989) 362-4963

**Area of Discrimination:** Housing

**Date of Discrimination:** January 17, 2020

**Statement of Alleged Discrimination:**

I am a person with a disability and I believe I have been denied reasonable accommodations by respondent.

I live in respondent's Bay Park Tower North apartment complex.

**Failure to accom. disability**    01/17/2020    **Disability**

→ *I have 6 disabilities*

I am a person with disabilities and I have been denied a reasonable modification and accommodation by respondent. I put in several work orders asking respondent to adjust or replace my unit's door and the doors in the stairwell which are heavy, hard to open, and slam shut. I explained that my disability made it difficult to use these doors and that the slamming noise exacerbates my disability. On December 10, 2019, I placed another work order, but was told there was nothing respondent could do to adjust the doors.

I have complained for months, most recently on January 17, 2020, that respondent's failure to maintain the apartment's garbage chute exacerbates my disability and requested that respondent clean the chute more often. My request was denied.

I believe I have been denied a reasonable modification and accommodation by respondent.

This complaint is based on the following law:
Michigan Persons with Disabilities Act No. 220, Public Acts of 1976, as amended

Title VIII, US Fair Housing Civil Rights Act of 1968, as amended

This complaint is filed in good faith and not for purpose of harassment.

*Pear a ligell*

I swear or affirm that I have read the above complaint and that it is true to the best of my knowledge, information and belief. I have notified the department of all other civil or criminal actions pending with regard to the allegations in this complaint.

*Douglas J. Johnson*
**SIGNATURE OF CHARGING PARTY / CLAIMANT**

Complaint Taken by:    René Hoffmann

CR 405 (rev. 04-05)    *Pg I*

Subscribed and sworn to before me
This 4TH day of FEBRUARY , 2020
at EAST TAWAS , Michigan
My Commission expires (dd/mm/yyyy) 6/29/2024

*M Schalm*
**SIGNATURE OF NOTARY PUBLIC**

Commissioned in _____ County.

M.J. SCHALM
NOTARY PUBLIC, STATE OF MICHIGAN
COUNTY OF IOSCO
MY COMMISSION EXPIRES JUNE 29,2024
ACTING IN THE COUNTY OF IOSCO

Page 1 of 1



GRETCHEN WHITMER
GOVERNOR

**STATE OF MICHIGAN**
**DEPARTMENT OF CIVIL RIGHTS**
DETROIT

JAMES E. WHITE
EXECUTIVE DIRECTOR

January 19, 2021

Douglas Johnson
5234 Perry Road
Unit #3
Grand Blanc, MI 48439

RE: Reconsideration Request
    MDCR Case#: 501370
    Douglas Johnson v East Tawas Housing Commission

*MDCR 501370*

Dear Douglas Johnson:   *City of East Tawas owns Bay Park Towers*

A review of your letter requesting reconsideration and the re-examination of your file has affirmed that there is insufficient evidence under the department's rules to proceed further with this complaint. Your request that your complaint be reopened is therefore **denied**.

This letter constitutes the Department's final decision that it will not issue a charge on your behalf. Per Rule 37.18 of the Michigan Civil Rights Commission Rules, you may appeal this denial to the circuit court of the state of Michigan having jurisdiction provided by law, within 30 days of the date of service of this notice. *Pursuant to state law, the parties to such an appeal would include yourself and the respondent named in your original complaint.*

Sincerely,

*David Stringer (signed with permission)*
David Stringer
Reconsideration Attorney
Phone: (313) 456-3794
Fax: (313) 456-3837
Email: StringerD@michigan.gov

*Bay Park Towers*
*East Tawas Housing Commission*
*City of East Tawas are own's buildings*

STATE OF MICHIGAN

DEPARTMENT OF CIVIL RIGHTS

THIS NOTIFICATION IS ISSUED UNDER THE
AUTHORITY OF ACTS 220 & 453, PA OF 1976 AS
AMENDED

DETROIT OFFICE
3054 WEST GRAND BOULEVARD, SUITE 3-600
DETROIT MI 48202

## NOTICE OF DISPOSITION AND ORDER OF DISMISSAL

*Hud*            *MDCR 501370*

HUD #: 052084608            MDCR #: 501370    → *This No. only*

Claimant:                                   Respondent:
Douglas Johnson   *City of East Tawas owen's*   East Tawas Housing Commission
5234 Perry Road   *Bay Park Towers*   C/O Thomas Lapka  → *attorney*
Unit #3                                     605 S. Capitol Avenue
Grand Blanc, MI 48439                       Lansing, MI 48933

**REASON FOR DISMISSAL:**

This complaint alleges that the respondent discriminated against the claimant in violation of civil rights laws.

The investigation of this complaint included a review of all information obtained during the investigation. Based upon all the evidence in the file, e.g. any applicable statements of witnesses, analysis of comparatives and review of documents, the department determined that there is insufficient evidence to proceed.

It is therefore ordered that this complaint is dismissed.

| Date Dismissed: July 14, 2020 | Date Mailed: **JUL 3 0 2020** |
| --- | --- |
| /s/Lori Vinson/Director, Civil Rights Operations | |

### RULES OF CIVIL RIGHTS COMMISSION AND DEPARTMENT RELATING TO RECONSIDERATION AND APPEAL

*Rule 7.(1)* *A claimant may request of the department a reconsideration of its refusal to issue a charge. The request shall be in writing, state specifically, the grounds upon which it is based, and be filed within 30 days after the date of mailing of the notice of disposition of which reconsideration is requested. It shall be filed at any office of the department by personal delivery or by mail.*

*(2)* *The department may authorize a hearing on the request for reconsideration at such time and place, and before such hearing commissioner or commissioners or hearing referee or referees as it or the director may determine, and notice thereof shall be given to all parties to the proceedings.*

*Rule 18.* *Any party claiming to be aggrieved by a final order of the commission or the department, including without limitation a refusal to issue a charge, may appeal to the circuit court of the State of Michigan having jurisdiction provided by law within 30 days of the date of service of an appealable order.*

CR462-OD (Rev 03-2020)

*Pg III*



**GRETCHEN WHITMER**
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF CIVIL RIGHTS
DETROIT

Mary Engelman, INTERIM
DIRECTOR

February 7, 2020

Mr. Douglas  Johnson
109 Church Street
Apartment 401
East Tawas, MI 48730

Re:   Notice of Formal Complaint
      Contact # 501370  Douglas  Johnson   v  Bay Park Towers/East Tawas Housing Commission

Dear Mr. Johnson:

Enclosed is a copy of your complaint of discrimination, a copy of which has also been <u>mailed to the Respondent.</u>  The Respondent has been asked to reply to your allegations.  **You do not need to take any further action at this time;** however, please contact the Department if:

1.   You change your address and/or telephone number.
2.   This matter has been resolved.
3.   You retain an attorney to represent you in this matter or <u>you file in court.</u>
4.   You have a proposal to resolve the complaint.

The Department will contact you after receipt and review of Respondent's reply.

---

**IMPORTANT LEGAL INFORMATION:**

Civil rights laws prohibit retaliation or discrimination against any person who has filed a complaint, testified, assisted or participated in an investigation, proceeding or hearing. Contact the Department if you believe you have been subjected to retaliation.

You have the right to contact an attorney and/or <u>file your own</u> private action in court in accordance with state and <u>federal laws.</u>

---

Please contact me if you have any questions.

René Hoffmann
Civil Rights Investigator
phone:  (313) 456-3741
fax:     (313) 456-3781
email:   hoffmannr1@michigan.gov

Enclosure

CADILLAC PLACE,  SUITE 3-600 3054 WEST GRAND BOULEVARD  DETROIT  MI  48202
www.michigan.gov  313-456-3700

CR414 (Rev. 06-16)

Pg IIII

*3.10 PM* 9314 8000-3860 9224 5295 75 *→ Kayshawn from 681-781-8782*

*Hud from west Virgin Pg I fourteenth amendment Equal Protection Clause 203 1760*

*681-781-8782 m 5-6-20 Call me at 12.35 PM she give Me David Long no. 313-234-7352*

*also 5-6-20 also 562-230-7964 Ca.*

*Email → hoffmannz 1@ michigan.gov.*

**U.S. Department of Housing and Urban Development**
Midwest Region Office, Region V
Ralph H. Metcalfe Federal Building
77 West Jackson Boulevard, Room 2101
Chicago, Illinois 60604

*Mdcr Contact # 501370   Mr. Osborne Branch Chief*

March 20, 2020

Douglas Johnson
410 West Broad St. *Cain M 1@ Michigan.Gov*
Linden, MI 48451

Dear Complainant: *Civil Right Commission 800-482-3604*

Subject:   Section 504 Discrimination Complaint *Mich. Case no. 501370 MDCR*
HUD Case Name: Johnson, Douglas v East Tawas Housing Commission, et al
HUD Case Number: 05-20-8460-4   *05-20-8460-4*

The subject complaint was filed with the Michigan Department of Civil Rights under the State of Michigan's fair housing laws. Given that the respondent is a recipient of Federal financial assistance, the complaint will also be investigated by HUD under Section 504. Please retain the attached copy of the Section 504 complaint for your records.

**Section 504 states:** *Gloria Bing 312-913-8169 5-22-2020*
No otherwise qualified individual with handicaps in the United States...shall, solely by reason of his handicap, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance.

Our responsibility under the law is to undertake an impartial investigation and, at the same time, encourage both sides to resolve the matter through a negotiated settlement agreement where appropriate. If the case is not settled, we will complete the investigation and decide whether the evidence indicates that the recipient is operating in noncompliance with the requirements of Section 504. The investigation will include a review of the pertinent practices and policies of the recipient, the circumstances under which the possible noncompliance occurred and any other relevant factors. If a letter of findings is issued, and the letter makes a finding of noncompliance, HUD will attempt to resolve the matter through a voluntary compliance agreement.

*Hud Inspector general 312-913-8429*

If the investigation indicates a failure on the part of the recipient to comply with Section 504, and if noncompliance cannot be corrected, Federal financial assistance may be suspended or terminated. Other penalties may include, but are not limited to, a referral to the Department of Justice with a recommendation for enforcement. If the investigation indicates that the recipient is operating its programs in compliance with Section 504, the complaint will be dismissed. In either event, all parties will be notified of the outcome in writing.

*Kimberly Nevels Director or Mrs. Clark*
*312-913-8453 or 800-765-9372*

*(Pg 5) Ben Carson Boss of Hud Pg. 3 letter of find ing*

*David Long 313-234-1542 also 562-230 Ca. 7964*
*He callback 5-12-20 11.30 AM*
*Kimberly Nevels*
*No & call 5-6-20 at 9:15AM*
*No & call 202-514-4713*
*for Hud*

P.S.A. is Prostate Specific Ag, Serum

4-9-20 fairhousing @ USDOJ. Gov.
at 3.00 PM Rene Call me at 12.30 PM 4-30-20 From 989-820-2991

Bonnie

Section 504 [24 CFR Part 8.56(k)] makes it unlawful for a recipient or anyone else to intimidate, threaten, coerce, or discriminate against any person for the purpose of interfering with any right or privilege secured by this part or because he or she has made a complaint, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this part.

E Mail for Cain M1 @ Michigan . Gov

Some explanatory material on the law is enclosed for your information. During the administrative processing of this complaint, parties are responsible for keeping HUD informed of any change in address. Failure to do so may be viewed as failure to cooperate in the investigation.

504 discrimination act → I call 4-6-20 at 9.29AM

If you have any questions regarding the Section 504 case, please contact our office at (312) 913-8453 or toll free at (800) 765-9372. Please refer to the case number at the top of this letter in those contacts. We hope this information has been helpful to you.

Case Number 05-20-8460-8          I got 3-30-20

Sincerely,

Houseing of DOT 4-7-20
202-514-4713
Inspecer General
800-347-3735
4-7-20 9.55AM disconnet

Kimberly Nevels (5-21-2020
312-913-8429
Kimberly Nevels, Director, Compliance Division
Office of Fair Housing and Equal Opportunity
202-525-8961
Emotional Distress $100,000

Enclosures

James Miner
administrative assistant
        989-362-4963          Kock Pouch
    312-913-8453

                            Tyra S. Khan

Mary. a. Mathis @ hud. gov > 313-234-7515

Doris. M. Pickett @ hud. gov  313-234-7508

Rene Hoffmann 313-456-3741 Investigator
Mrs. Cain 313-456-3797 Rene Boss
John Geodin 313-234-7337 for depoit back
Negotiated Settlement agreement I call at 8.45,
4-6-20

*Page 5 is Rene Hoffmann Complaint*

### SECTION 504
### COMPLAINT PROCESS

The following is an overview of how HUD processes complaints filed by individuals who have experienced disability discrimination under the law called Section 504. Section 504 of the Rehabilitation Act protects you from discrimination in HUD-funded programs for which you qualify, and is commonly called (Section 504.) This overview of the Section 504 complaint process contains citations to 24 CFR 8.1-8.58. These are references to specific sections of the Code of Federal Regulations that contain HUD's regulations for Section 504. These HUD regulations set forth more specific rules with respect to how Section 504 applies to various HUD-assisted programs.

**What is a Complaint?**
A complaint is a communication alleging discrimination on the basis of disability and in some way asking for HUD's assistance in resolving the problem. It may range from a verbal communication (which is later put in writing) to a complaint submitted on either the old HUD-903 Complaint Form, or on the new HUD Housing Discrimination Information Form. The complaint should contain:

- the complainant's name and address;
- the name and address of the individual or organization (usually the recipient of federal assistance) alleged to have discriminated; and
- a description of the discriminatory actions and the date of those actions. [24 CFR 8.56(c)(5)]

The complaint may be amended fairly and reasonably at any time to clarify or amplify the allegation. [24 CFR 8.56(c)(6)]

Although a complaint will contain the name of the complainant, HUD will keep the identity of the complainant confidential unless it has written authorization from the complainant to release it, or except as necessary to carry out the purpose of the Section 504 regulations, including the enforcement provisions. [(24 CFR 8.56(c)(2)]

**When Must a Complaint be Filed?**
Under Section 504, a complaint must be filed within 180 days of the alleged act of discrimination unless HUD waives this time limit for good cause shown. The complaint is deemed received on the date HUD actually receives it or, if mailed, on the date it is postmarked. [24 CFR 8.56(c)(3)]

**Who May File a Complaint?**
Any individual who believes he or she has been discriminated against on the basis of disability by a recipient of Federal financial assistance, his or her representative, or a member of a class of persons so situated, or the authorized representative of a member of that class. [24 CFR 8.56(c)(1)]

**Who is an Individual with Disabilities?**
An individual with disabilities means any person who has a physical or mental impairment that substantially limits one or more major life activities; has a record of such an impairment; or is regarded as having such an impairment. [24 CFR 8.3]

**Where May a Complaint be Filed?**
A complaint may be filed by mail with HUD Headquarters or with any HUD Office. [24 CFR 8.56(c)(4)]
**A complaint may also be filed online.**
http://portal.hud.gov/hudportal/HUD?src=/topics/housing_discrimination

**Notification to Parties**
Within ten days of receipt, HUD will notify the complainant and the recipient that it has received the complaint. [24 CFR 8.56(d)]   *Twenty days*

**Accepting the Complaint**
Within twenty days of acknowledging its receipt of a complaint, HUD must determine whether it will accept, reject, or refer the complaint to another Federal agency, and must notify the parties of that decision. [24 CFR 8.56(e)(1)(i)]
To do so, HUD must determine if it has jurisdiction over the complaint.

*Ten days*

*Page No 1   letter of findings*

*Pg 7*

**Does HUD have Jurisdiction?**
HUD considers several factors in determining if it has jurisdiction to investigate the complaint. HUD must determine if the complainant or the person he or she represents is a person the law was designed to protect. In making this determination, the Department must determine whether the individual, or the person the individual represents, is a person with a disability as defined by Section 504. The Department also must determine if the individual is "otherwise qualified" for the program or activity alleged to have discriminated. For most HUD-assisted programs, an individual must have income below a certain level in order to be eligible. In some cases, disability may also be an eligibility factor. For example, if a housing program is set up under the Department's Housing Opportunities for Persons with AIDS (HOPWA) program, and the complainant's only disability is a visual impairment, the person would not be qualified for the HOPWA project because that project is designed to meet the needs of persons with AIDS. Therefore, HUD would lack jurisdiction to process this complaint under Section 504.

Another factor HUD must consider in determining jurisdiction is whether the alleged act of discrimination occurred in a program, service or activity that receives Federal financial assistance from HUD for the period during which the act occurred. If both of these conditions are not met, HUD must reject the complaint and notify the complainant and the recipient of that decision. For example, if a privately owned apartment building received HUD funds only during the period from January 1989 to June 1990, and the alleged act of discrimination occurred in February 1988, HUD would lack jurisdiction.
If HUD has jurisdiction over the case, then HUD will accept the complaint for investigation.

**Notification of the Parties and the Recipient's Opportunity to Respond**
Once the complaint has been accepted for investigation, HUD will notify the complainant, the award official, and the recipient of its acceptance. HUD will also notify the recipient of the allegations and provide an opportunity for a written response to the allegations within thirty days of receiving the notice. (Like the complaint, the recipient's response may be amended for good cause at any time. [24 CFR 8.56(e)(1)(ii)]

**Voluntary Resolution of the Issues**
During its investigation of the complaint, HUD will make every effort to define all of the issues contained in the complaint. Throughout the complaint process, HUD will encourage a voluntary resolution of the matter, and will assist the parties in resolving the complaint through informal resolution or voluntary compliance. A matter may be resolved by informal means at any time. If the Department has issued a letter finding noncompliance, the Department will attempt to resolve the issues through voluntary compliance. The Department will develop a written voluntary compliance agreement and will attempt to reach a resolution that satisfies the complainant, however, the Department's primary obligation will be to ensure that any violations of Section 504 are remedied and that actions are taken to ensure that the recipient will not violate the rights of other persons under Section 504. [24 CFR 8.56(j)]

**The Investigation**
During the complaint investigation, the Department will request all of the information that the Department believes is necessary in order to fully investigate the issues in the complaint. The complaint investigation will involve interviews and meetings with the parties, including any witnesses or other persons identified as having some involvement in the issues of the complaint. The Department may also conduct on-site reviews of facilities that are under the recipient's oversight, if these facilities are a part of the complaint. [24 CFR 8.56(d) and (e)] Once the complaint investigation is completed, the Department will compile all of its findings in a Final Investigative Report (FIR).

**Preliminary Letter of Findings and Right to Request a Review**
If an informal resolution of the complaint is not achieved, the Department will issue a "Preliminary Letter of Findings." This letter will contain the preliminary findings of fact, and a preliminary finding of compliance or noncompliance. If the finding is noncompliance, the Preliminary Letter of Findings will include a description of each violation and an appropriate remedy. It also explains that a copy of the Final Investigative Report will be made available upon request to the recipient. A copy of the letter should also be sent to the complainant. [24 CFR 8.56(g)] This letter will also notify both parties that

2



Pg 8        Page

*30 days* *letter of findings*

they have the right to request a complete review of the letter of findings provided that such request is submitted within 30 days of receipt of the Letter of Findings, and that the request includes a written description of supplementary information that was not considered during the investigation of the complaint. [24 CFR 8.56(h)]

The Preliminary Letter of Findings may also include a Voluntary Compliance Agreement (VCA) outlining all steps necessary, along with timelines, on the part of the recipient to remedy the identified violations and bring the recipient into compliance. If the recipient agrees to the VCA and signs it, HUD will not proceed with enforcement activities. [24 CFR 8.56(j)]

**Formal Determination**

If a request for review is made, it must be accompanied by a written statement of the reasons the Preliminary Letter of Findings should be modified in light of supplementary information, as explained above. [24 CFR 8.56(h)] When a request for review is received from either party, a copy of it will be sent to the other party with notice of their right to respond to the request within twenty days. [24 CFR 8.56(h)(2)] Within sixty days of the request for review, the reviewing civil rights official will issue its formal determination, either sustaining or modifying the letter of findings. This decision will constitute HUD's formal determination. [24 CFR 8.56(h)(3)]

*twenty days*

If neither party requests a review of the Letter of Findings, the Department will issue a formal determination within 14 calendar days after the 30-day time period under which such a request may be made. The formal determination will indicate compliance or noncompliance, and HUD will send this determination to the recipient, the complainant and the award official. [24 CFR 8.56(h)(4)]

The Department wishes to emphasize that throughout the complaint process, all efforts will be made to reach a voluntary resolution of the matter. However, in cases of a determination of noncompliance, once the formal Letter of Determination has been issued, the recipient will have ten (10) calendar days in which to agree to come into voluntary compliance. If the recipient fails to meet this deadline, the Department will initiate enforcement proceedings under the procedures outlined at 24 CFR 8.57. [24 CFR 8.56(i)].

☆

*Section 504 Discrimination Complaint*

*Doug Fleming* ☆

*East Tawas*

*Investigator*

*Hud #05-20-8460-8 Case No. Kimberly Nevels*

*202-525-8961*

*# M1280007001 Michael Polsinelli: Hud*

*MDCR 501370 Rene Hoffann*

*Willian Sherno 909-621-4935*

*Pg 9*

*Page 3 ~~last~~ page*

*Pg I fourteenth amendment Equal Protection Clause*

**Section 504 Complaint**

**Case Number:**     05-20-8460-8     *05-20-8460-8*
**Case Name:**       Johnson, Douglas v East Tawas Housing Commission, et al.
**HUD Date Filed:**  March 19, 2020  →  *March 19-2020*

1.  **Complainants:**

    Douglas Johnson
    410 West Broad St.
    Linden, MI 48451

2.  **Complainant Representatives:**

3.  **Other Aggrieved Parties:**

4.  **The following is alleged to have occurred or is about to occur:**

    - Failure to make reasonable accommodation

5.  **The alleged violation occurred because of:**

    - Handicap

6.  **Address and location of the property in question (or if no property is involved, the city and state where the discrimination occurred):**

    Bay Park Towers
    109 Church Street
    East Tawas, MI 48730

7.  **Respondents:**

    Anne Blackmore, Executive Director
    East Tawas Housing Commission
    Bay Park Towers South
    304 W. Bay St.
    East Tawas, MI 48730

8.  **The following is a brief and concise statement of the facts regarding the alleged violation:**

    I live in respondent's Bay Park Tower North apartment complex.



*Page 4*

*Pg 10*

*Pg II* *Case No. MDCR # 501370*

*This is from Rene Hoffmann State of Mi.*
*Department of Civil Rights*

I am a person with disabilities and I have been denied a reasonable modification and accommodation by respondent. I put in several work orders asking respondent to adjust or replace my unit's door and the doors in the stairwell which are heavy, hard to open, and slam shut. I explained that my disability made it difficult to use these doors and that the slamming noise exacerbates my disability. On December 10, 2019, I placed another work order, but was told there was nothing respondent could do to adjust the doors.

I have complained for months, most recently on January 17, 2020, that respondent's failure to maintain the apartment's garbage chute exacerbates my disability and requested that respondent clean the chute more often. My request was denied.

I believe I have been denied a reasonable modification and accommodation by respondent.

9.   **The most recent date on which the alleged discrimination occurred:**

January 17, 2020

10.   **Types of Federal Funding Identified:**

- PIH

11.   **The acts alleged in this complaint, if proven, may constitute a violation of the following sections:**

Section 504 of the Rehabilitation Act of 1973

**Please sign and date this form:**

**I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.**

*Douglas Johnson*                           *3-30-2020*

Douglas Johnson                                    Date

**N O T E : HUD WILL FURNISH A COPY OF THIS COMPLAINT TO THE PERSON OR ORGANIZATION AGAINST WHOM IT IS FILED.**

*Page 5*



*Pg 11*

RETURN RECEIPT REQUESTED ELECTRONICALLY

2960 Pelham Parkway #249
Birmingham AL 35124



**USPS CERTIFIED MAIL**

9314 8000 3860 0221 5295 75

00000096 2 0.65

HEMS
00000096

IMPORTANT HUD NOTICE

DOUGLAS JOHNSON
410 W BROAD ST
LINDEN MI 48451-8768

*Insuficent evidence*

*Disposition + Dismissal what about*
*Soc appeal's*
*Board*

*Dow + over 400 point 4-2-20*

*Nasq.   +127*

*(Pg 12)   Page 3*



**LEGAL SERVICES**
OF NORTHERN MICHIGAN

BRIDGING THE JUSTICE GAP

1349 S. Otsego, Unit 8
Gaylord, MI 49735
989-705-1067
Toll Free 888-645-9993
Fax 989-705-7178



February 22, 2019

Douglas Johnson
109 Church St.
Apt. 401
East Tawas MI 48730

Re:   Landlord/Tenant Condition of Premises
      American Disabilities Act

*→ Fax to Attorney Hornick 2-14-19*

Dear Mr. Johnson:

This letter is sent in response to page 11 of a deposition and/or Court testimony regarding your disability (enclosed). In reviewing the information contained therein this does not indicate that you have a disability related to your breathing but rather that you suffer from psychological conditions resulting in your disability. If you have any medical information regarding any limitations/impairments of the breathing process or any other bodily function related to the condition of the premises, I ask that you provide that to me.   *→ Pouchitis infection*

Otherwise, as I explained at the time we met, a landlord must make reasonable accommodations for a persons disability. Additionally, that the landlord does have a duty to maintain the premises in a reasonable state of repair. This is why the information regarding any limitations/impairment of your breathing process or any other bodily function related to the condition of the premises, would be important. Otherwise, when the landlord responds I will contact you. If you have any further questions regarding this matter feel free to contact me. Thanking you for your corporation and consideration in this matter I remain sincerely,

*maintence needs to due thier job that's all.*

Steve Hornick
Attorney at Law

Sh/cmp

*Pg 13*



Funded in part by the Legal Services Corporation Michigan State Bar Foundation, and AAA regions 9, 10 & 11.

LSC



*La. City Fax 213-473-7202 on 5-16-19*
*award letters*

**LEGAL SERVICES**
OF NORTHERN MICHIGAN

**BRIDGING THE JUSTICE GAP**

1349 S. Otsego, Unit 8
Gaylord, MI 49735
989-705-1067
Toll Free 888-645-9993
Fax 989-705-7178

February 22, 2019

East Tawas Housing Commission
304 East Bay St.
East Tawas MI 48730-1159

*Ex*

Re:    Douglas Johnson
       109 Church St. Apt. 401

Dear Sir/Madam:

Recently, I was contacted by Mr. Johnson, who is renting apartment 401. He said he is having issues regarding the cleanliness, sanitary conditions of the common areas therein. Initially, Mr. Johnson indicates that the rugs in the hallways are dirty and stink. He said that he has not seen on any occasion when the hallway rugs have been cleaned and the smells make him nausea/sick. Also, he represents that the same conditions exist with the community garbage shoot. He indicates that the smell from the garbage shoot resinates throughout the hall and into his apartment once again causing him to become ill. Finally, it is believed that the central trash unit (dumpster) maybe causing some of the issues with the garbage shoot because upon last observation Mr. Johnson indicated that the dumpster was filthy with garbage stuck to it and a foul smell coming from it.

*topics funnes*

Therefore, upon receipt of this letter I ask that you take the necessary steps to resolve the issues regarding the sanitary conditions in the common areas of Mr. Johnson's apartment. If you have any further questions regarding this matter feel free to contact me. Thanking you for your cooperation and consideration in this matter I remain sincerely,

*what about clean air act.*

/S/

Steve Hornick
Attorney at Law

SH/cmp

cc:    Douglas Johnson



(Pg 14)

Funded in part by the Legal Services Corporation Michigan State Bar Foundation, and AAA regions 9, 10 & 11.

LSC

## Ascension St. Joseph Hospital Internal Medicine Clinic
### 295 Maple, Tawas City, MI, 48763
### Phone (989) 362-6108 Fax (989) 362-0161

MRN
**003700994**

Encounter Date
**03/25/2019 11:30AM**

Patient Information
**DOUGLAS JOHNSON**
**109 CHURCH ST, APT 401**
**APT 401**
**EAST TAWAS, MI 48730**

DOB - **09/13/1944**
(H) **(989) 820-7034**

*Pouchitis*

## Clinical Summary

### Patient Details for JOHNSON, DOUGLAS J.

| | | |
|---|---|---|
| DOUGLAS | Male | 003700994 |
| *Preferred Name* | *Sex* | *MRN* |
| 109 CHURCH ST, APT 401, APT 401, EAST TAWAS, MI, 48730 | ENGLISH | September 13, 1944 |
| *Address* | *Language* | *Born* |
| White | Not Hispanic or Latino | *Toxics fumes* |
| *Race* | *Ethnicity* | |

### Today's Appointment

Jordan, Kenneth MD
*Provider*

25 Mar 2019 11:30 AM
*Appointment*

### Chief Complaint

ChiefComplaintFreeTextNoteForm:
Patient is here for pouchitis

### Vital Signs

| Date/Time | 03/25/2019 11:20:00 AM |
|---|---|
| Systolic | 132mm(Hg) |
| Diastolic | 80mm(Hg) |
| Weight | 203lb |
| Pain Scale (0-Least, 10-Worst) | 6 |
| Temperature | 96.4F |
| Height | 67in |
| BSA Calculated | 2.03m2 |



Pg 15

1 of 3                3/25/19 11:41:12 AM

*[handwritten, top margin]* Carole Harper Berry are with me at 11:00 AM

313-234-7368 6-2-2020 10.00 to

Ben Carson
202-708-0417

Debbie Stabenow
810-720-4172 in Flint
Call 7-22-20 Senter
at 2.25 PM

**U.S. Department of Housing and Urban Development**

Detroit Field Office
Office of the Director
Patrick V. McNamara Federal Building
477 Michigan Avenue, Room 1710
Detroit, MI 48226-2592
Tel. (313) 226-7900   FAX (313) 226-5611

Ext 6420 6-9-2020
313-226-7900
9.30 AM   Mail to Rene Hoffmann

December 23, 2019

*[left margin, vertical]* 2-14-19 attorney Holwick → Steve Hornick

on 4-3-2020
Gary Peter 989-754-0112

The Honorable Congressman Dan Kildee
U.S. House of Representatives
601 S. Saginaw Street, Suite 403
Flint, MI 48502

Michael Polsinelli Director of Detroit
313-234-7502

SUBJECT:   Constituent (Douglas Johnson) Inquiry - Tracking Number 2020-31
Property Name: Bay Park Tower North
Contract Number: #MI280007001   Detroit Field office)

Dear Congressman Kildee:

Michael Polsinelli 313-234-7502

   Thank you for your inquiry and background information dated November 29, 2019, regarding your constituent, Douglas Johnson's complaint which references violations of the Americans with Disabilities Act (ADA),  and EPA's Clean Air Act at his current residence,  Bay Park Tower North, located in East Tawas, Michigan.  Bay Park Tower North is a HUD Project-Based Section 8 property, designated for the elderly and disabled.  This HUD Multifamily property consists of one (1) building with an elevator.  It is comprised of 44, one (1) bedroom, subsidized units.   Toxics fumes

   The Detroit Multifamily HUD office was initially contacted by Mr. Johnson via telephone on February 27, 2019 regarding concerns about the building's odorous trash chute, and stated the hallways were unclean.  HUD contacted Ms. Anne Blackmore, the Property Manager regarding the allegations.

   On February 28, 2019, Ms. Blackmore provided a response to HUD regarding actions that were taken to resolve Mr. Johnson's complaints.  Ms. Blackmore stated no other complaints were received for either of the issues.  She stated the hallway carpets were cleaned two weeks prior and the trash compactor is cleaned during the summer months and spot cleaned, as needed, during the winter months due to safety reasons.

Lie ← Mrs. Kimberly Nevels Call 6-2-2020 at 12.50 PM
202-525-8961

   On March 1, 2019, a conference call was held with Mr. Johnson and the HUD Account Executive, Ms. Doris Pickett and her Branch Chief, Mr. Joshua Osborne.  Mr. Johnson mentioned other complaints.   The Epoch times 6-6-2020

   Our office received verification via email on March 26th, that the following actions were completed to address Mr. Johnson's concerns:

U.S. Bancorp + U.S. National 800-872-2657

1.  Carpet cleaned inside Mr. Johnson's apartment, hallways and lobby of 4th floor on March 19, 2019.  A copy of the invoice was provided to HUD.
2.  Pest Control company inspected Mr. Johnson's apartment on March 15, 2019.  No mites or insects were found.  He was informed of this and HUD was provided a copy of the report.
3.  The trash compactor was removed, cleaned and repainted during the week of March 18th.  Also, all the chutes were cleaned.  Photos were provided to HUD.

*[handwritten bottom]* (Pg 16)   Lie   look on Back   oct 29 - 2019   2019   8 mos. later

www.hud.gov

Burton Post 810-743-2200

*This is on back of letter to Congressman Dan Kildee 12/23/2019*

(4) On October 29, 2019, a follow-up complaint was received from Mr. Johnson regarding the trash chute odor and loose gravel in the parking lot. Ms. Pickett requested Mr. Johnson to submit an email regarding his concerns. On the same date, Ms. Pickett emailed the property manager regarding Mr. Johnson's concerns.

*→ 8 mos. go by*

(5) On November 1, 2019 HUD received a response from the Property Manager stating, Mr. Johnson received a lease violation letter last week for putting himself in harm's way (liability issue) by going out to the trash compactor, garbage container and lifting the steel lid, after it had been unloaded by the contractor. Mr. Johnson was seen with a small broom and dustpan last week sweeping up small areas of the parking lot. Ms. Blackmore stated they do not have a gravel issue in the parking lot and both she and the maintenance/person inspected the area and did not see any issue.

*→ She was Fire after 15 years*

(6) On November 8, 2019 Ms. Pickett emailed Mr. Johnson sharing the update from the property manager regarding his complaints and asked him what action he was specifically requesting.

*I want same as March 18-2019*

(7) On November 11, 2019 Mr. Johnson replied he wanted reasonable accommodation under federal law. However, he did not specify what accommodation he was requesting.

(8) On November 24, 2019, Mr. Johnson emailed Ms. Pickett, who was on extended leave and received an automatic reply stating she was out of the office. The message included contact information for an alternate Account Executive for assistance during her absence.

(9) On December 2, 2019, Ms. Mary Mathis, Branch Chief, emailed Mr. Johnson stating she was out of the office the previous week and asked for clarification on what reasonable accommodation he was asking for. Ms. Mathis stated that no other complaints were received regarding the issues he mentioned and said the manager stated the trash compactor is typically cleaned with a power washer on a monthly basis. She also mentioned that HUD's contractor visited the property on October 28, 2019 and noted the condition as satisfactory.

*↳ Monday what time ?*

*She is bigger her Oraitably is. I like. i say she was fire*

(10) On December 5, 2019 Ms. Pickett emailed Mr. Johnson to ask if he would be available for a conference call with HUD.

(11) On December 6, 2019 Ms. Pickett telephoned the East Tawas Health Department and left a voice mail message and asked if they would consider conducting an air quality test at Bay Park Towers.

*→ Monday*

(12) On December 9, 2019 Ms. Pickett left a 2nd message with East Tawas Health Department. On the same day, Ms. Pickett received a return call from the East Tawas Health Department. They stated they do no perform air quality tests. Ms. Pickett asked if they would consider conducting a site visit at the property. She was told it would be up to a managing supervisor and suggested sending in a written email from HUD requesting the inspection.

*→ Tuesday*

(13) On December 10th & 12th, 2019, Ms. Pickett sent emails to the East Tawas Health Department asking if they would consider conducting a site visit at Bay Park Tower North.

(14) On December 12, 2019 the East Tawas Health department confirmed via email they received HUD's email request and it would be reviewed by a managing staff member. As of December 20, 2019, HUD has not received any further updates from East Tawas Health Department.

(Pg 17)

*[handwritten: also]*

*[handwritten: → Thursday Not trash pick up day]*

*[handwritten circled: Ex 18]*

→ Also, on December 12, 2019 a conference call was held with Mr. Johnson and HUD Branch Chief, Mary Mathis and Ms. Pickett.  Mr. Johnson was informed that HUD had reached out to the Health Department and have not heard back yet.  Ms. Mathis explained that there have been no other complaints and the HUD contractor noted the condition as satisfactory, so this is not considered a priority.  He was informed that HUD staff would agree to visit the property during routine site inspections.  However, due to limited resources, it would be several months before another inspection would be done.

It is our opinion that this complaint is being addressed adequately.   If you have any questions regarding the response or require additional information, please contact me at (313) 234-7502.

*[handwritten: opinion mean Nothing you need fax's the fax's is Clean one time in the 15 mos. I was there.]*

Sincerely,

*[signature]*

Michael  Polsinelli
Director
Detroit Field Office

*[handwritten circled: Pg 18]*

Pg 4 of 4

Ex 18



# Congress of the United States
## House of Representatives
### Washington, DC 20515
## Congressman Dan Kildee

# PRIVACY RELEASE FORM

I, _DOUGLAS JOHNSON_ (Print Your Name) do hereby
authorize _Hud. and Executive Director Anne Blackmore_
(NAME OF GOVERNMENT AGENCY)  _East Tawas Housing Commission  Tel. 989-362-4963,_
to release all necessary and pertinent information to Congressman Dan Kildee and his staff
regarding the matter described below.

Social Security Number/File Number _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_

Please give a brief description of your request.  Attach additional sheet(s) if more room is needed.

_On 10-9-18 Anne, Discrimination of disability. Then on
about Feb 2019 she in violation of Americans with Disabilitie
Act, EPA, Clean Air Act 1990 and Hud. rulers. At that
I call Hud. they make her fix all prombles. Now-again I
call Hud. same prombles Hud. well not due nothing,
so now they are violation of my right discrimination of
my disability. I have Email's from both Hud. persons
if you would like them I can forward to you
let me know. I think did.
Boss of Hud in Det. Mary Mathis & Doris M. Pickett_

Signature _Douglas J. Johnson_   Date _11-29-2019_
Address _109 Church St. East Tawas Mi. 48730_
E-Mail _djohnson 27772 @ gmail.Com_   Phone _989-820-7034_

Return form to:
Office of Congressman Dan Kildee
601 S. Saginaw St., Suite 403
Flint, MI 48502
Fax: 810-238-8658

_My Tel. 989-820-7034_

Pg 19

**THIS FORM IS VALID FOR ONE YEAR FROM DATE**

Pg 4 of this case only # 501370

Aug. 11-2020   24CFR. 8.57

I ask for reconsideration of my case.

Dear Sir and Mi. Dep. of Civil rights SOC **Appeal**, commissions.

On or about April 15-2018, I fill out application for Section 8 in Bay park towers. I talk to James Miner i tell him, I'am staying at R.V. park they close at end of Oct. because water will freeze do have change to get in he say yes. Everything go good on 9-27-2018 James tell me to come in he show me apt. 501 in South tower it was empty he say i can move in couple a day. All that time i never see Anne Blackmore Executive Director come to find her husband die in April in April she take off about 5 mos. I'am not sure what day she come back to work, but all of sudden everything go to help hell she want to know all kinds of Stupit thing. See Ex #4 date Oct 4-2018. she don't want to let me in no matter what. So i call Mi. Dept. of civil right, she unlawful discrimination based on my religion and arrest record **Ex. 3 + 4.** Findly I move in Oct 29-2018 Monday. 2 days before they close.RV On 10-9-2018 **Ex 2** I get pouchitis first time in 20 years because of Mrs. Blackmore **Ex 2** because of, acutely depressed and anxious and psychological State.

Pg 5 misc deadline   19 o void

Pg20

Pg 6 Major

This case NO. only # 501370

Pg 2 of
[Ex. 1. total]    Aug. 11-2020
This case only # 501370

Now on move date 10-29-2018,
I go to throw trash a way very
toxics fumes, I can't belive.
I tell Mrs. Blackmore she say o will
now it's time for retelation.
Next trash pick is monday i go look
i see all cross the back on about
6 feet a cross 1 ft. high 1 ft. deep trash
sturck and all paint gone about 3
ft. it take years for paint to come
all off and mos. or years for trash
to be sturck. So I go to city hall
talk to City Manger Brent Barringe.
maney times they own East tawas
Builatubs, he tell me they have nothing
to do with Housing Commission he is
big lier, they hier Attorey Joh H. King —
sepp out Rochester to fire Mrs. Black-
more and pay him out of Hud. money.
I call E. P. A. Toxics unit, they and
many other place due nothing Ex 7.
So i call State Attorney Steve Hornick
he is no good very slow. Ex 8 & 9,
Ex 10 & 11 from Mrs. Blackmore
reply to me and Mr. Steve Horink,
Attorey for State. Findly i call Hud
talk to Executive Ms. Doris Pickett
and her Branch Chief Mr. Joshua
Osborne. they make them clean for
Trash Bin, but it does not stay by
it self for every, so Oct 29 - 2019
i Call Mrs. Pickett again.

8 mos. later

(21)

Case Tracking 2020-312  M12 80007001 also, Michael Polsinelli (Ex
313-234-7502 (13 to 16

Pg 3 of

Aug. 11 - 2020
This case only # 501370

this time Mr. Joshua Osborna
is gone, Ms. Mathis take is place
all waman go in retaliation again
me Blackmore, Doris, Mathis.
So from March 18 - 2019 to Oct 29
2019 is 8 mos. they do not Clean.
On Feb-12-2020 i go emiage aurg
er, for <u>Aacute Kidney failure</u> he tell
my <u>daugter one more</u> day i would
<u>die</u>, he say he look at all my Charts
it say from time i move in, until
go hospial Kidney get bad, i have,
they put Hole in my neck and a tupe
to heart i go diealist 5 hours a day
for 5 or 6 day. Also i have Pouchitis
again on 3-25-2019 <u>Ex # J.</u>
Then on Jan 17-2020 i Call (Hud)
office Midwest Region office Region V
in Chicago Illinois 60604 and leave
massiang on tpke. On March 30-2020
i recive Certified Mail for Hud
Case Number <u>05-20-8460-4</u>
Kimberly Nevels Director Compliance
Division her tel. no. 202-525-8961 or
800-765-9372. I all so call MDCR
Mrs. Rene Hoffmann answer phone
she take my Complaint # <u>501370</u> i tell hud
<u>Mrs. Pickett</u> & <u>Mrs. Mathis</u> discrimin-
ation again me don't forget to put on
Complaint she say she do later she
never did, I tell Hud in Chicago she
did not put Hud in My complaint, don't
This case No. only # 501370 they like.

(32)

Pg. 4 of

Aug 11-2020

This Case one # 501370

exhibited Sham

want nothing to do with ~~by~~ my complaint Rene scew things up so bad. On back of complaint from Chicago thier were two pagers i could fill out if I have more infor ation so i did i tell them Rene did not put discrimination from Pickett & Mathis and some more things also and mail back, I know they are not to happy so they quit my case let Mi. due. I have many email's from Pickett & Mathis i forward to Rene & her Boss Cain. They most likely did not give you if you need i can forward to you but they should there about 8 to 10. On. ~~June~~ 29-2020 June Rene call me say she done with Case # 501370 Insufficient evidence after waste 7 mos of live put me though hell, also she give me ~~to~~ no. 800-482 3604 to call David Stringer Attorney for Mi. is No. 313-456-3794 his Email Stringerd @ Mich. gov. He tell me he will appeal my case it will take about year or longer, he tell me to ask I wish to appeal closer of Case i ~~dont~~ think something not right this is fraud & "sham" etc. from ~~him~~ and Rene also federal law U.S. Supreme Court Case of windsor V. McVeigh. know notico or opportunity.

(23)

This case NO. Only # 501370

Pg 2 of 2 ~Ex.~ Aug 11-2020

total of 5 letters     This case only #501370

Now comes Melene Cain civil
right Manger with all her
wisdom you send me email you
are asking for a copy of your
report which has to go thru
the freedom of Information act
coordinator (FOIA) and i send
your email to this division who
will respond to your request.
you have 30 days from the date
the closing disposition was mailed
to you to appeal the case closer
This is Email from Caim 1@ Michigan
. gov on 8-3-20. She is now in
Violation of Ferdal law she
make fellonly and you happy you
are felone. U.S. Supreme Court Case
of Windsor V. Mcveigh Decided Dec 11
1876), 100 U. S. 23 a case which was
brought to the attention court without
either a notice or opportunity to
be heard. Rene and Melene do the same
thing you are both nuts. they are
acting in Concert. Now Rene miss
all deadline 10 days 20 days 30 days
and etc. she did not send me one
letter about this case # 501370, only
Hud in Chicago Send letter. If recipient
fails to meet deadline, the Dep. can
enforcement proceedings under 24 CFR. 8.57
or [24 CFR. 8. 56(i)]   ~Douglas Johnson~
                        Thank you 8-11-2020
(9-24)

This Case No. only # 501 370

Pg 6 of 6   Aug 11-2020

This case only # 501370

6~ The court observed, that court
and in all countries where judg-
ments were repected notice of
some kind was given, and that
it was just as material to the
validity of a judgment in rem
that constructive notice at least
should appear to have been given as
that actal notice ~~of some~~ should appear
upon the record of a judgment in person-
am, "A proceeding contined the court
professing to determine the right
of property where _no_ notice written
or constructive is given, whatever
else it might be called, would not
be _entitled_ to be dignified with
the name of a judicial proceeding.
It would be mere arbitrary edit not
to be regarded anywhere as the jud-
gment of a court" a departure from
established modes of procedure will
often _render_ the judgment _void_.
It is not within the _power_ of the _jurisdiction_
of the _district_ _court_ to _proceed_ with the
case so as to _affect_ the complainted _after_
_his_ appearance had been _stricken_ out, for
jurisdiction is the _right_ to hear and deter-
mine; not to determine without hearing.
And where as in this case no appear-
ance was allowed, there could be no
hearing or opportunity of being
heard and therefore be no,

g my ppeal

A

g25

This case only # 501370

Pg 7 of a sup. Court

Exercise of jurdiction. By the act of Rene Hoffmann and Melene Cain civil rights Manger. I was excluded from my jurisdiction. Note that the U.S. Supreme court spoke in the most unflattering language regarding conduct as Rene and Melene as exhibited terms as solemn fraud, substantial fraud, sham, etc. Powell Rebecca also fraud she is A.D.A. title coordinator 313-456-3832 Email PowellN@ Michigan.gov

She tell me she got Notice of Disposition and order of dismissal from FOIA no charge case # 501370 big lie. Mrs. Cain did not send main papers to FOIA

Douglas Johnson 8-11-2020

Pg 26

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: *Iosco*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

*Douglas J. Johnson*

### DEFENDANTS

*East Tawas Housing Commission or City of East Tawas*

**(b)** County of Residence of First Listed Plaintiff *Genesee*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

*5234 Perry Rd. apt. 3 Grand Blanc Mi. 48439*

County of Residence of First Listed Defendant *Iosco*
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*NONE*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [X] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*American with Disabilities act*

Brief description of cause:
*ROCK Pouch Infection Toxics fumes*

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *up to Judge*

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE
October 15, 2020

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



## PURSUANT TO LOCAL RULE 83.11

1.　　　　　Is this a case that has been previously dismissed?　　　　☐ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.　　　Other than stated above, are there any pending or previously
　　　　discontinued or dismissed companion cases in this or any other
　　　　court, including state court? (Companion cases are matters in which　☐ Yes
　　　　it appears substantially similar evidence will be offered or the same　☐ No
　　　　or related parties are present and the cases arise out of the same
　　　　transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :



Douglas Johnson
5234 Perry Rd. apt 3
Grand Blance Mi. 48439

$1.95

CERTIFIED MAIL

7018 0680 0001 6000 5516

U.S. POSTAGE PAID
GRAND BLANC, MI
FEB
ABQ 2021
$9.35

U.S. District Court
attn: Clerk's office
231 W. Lafayette 5th fl.
Detroit Mi. 48226

RECEIVED
FEB 2 2 2021
CLERK'S OFFICE
U.S. DISTRICT COURT