UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS J. JOHNSON,

    Plaintiff,

v.

    Case No. 21-10437
    Hon. George Caram Steeh

EAST TAWAS HOUSING
COMMISSION, *et al.*,

    Defendants.

_____/

### ORDER DENYING RENEWED MOTION TO VACATE JUDGMENT (ECF NO. 16)

Appearing pro se, Plaintiff filed his complaint and an application to proceed in forma pauperis on February 8, 2021. The court granted the application and reviewed the complaint pursuant to 28 U.S.C. § 1915(e). Finding that Plaintiff failed to state a claim upon which relief could be granted, the court summarily dismissed the complaint. ECF No. 4.

Plaintiff appealed, and the Sixth Circuit affirmed on November 9, 2021, concluding that the court correctly dismissed Plaintiff's complaint. ECF No. 12. On January 26, 2022, Plaintiff filed a motion entitled Motion to Vacate a Default Judgment, which the court construed as a motion to vacate judgment pursuant to Rule 60(b). ECF No. 14.

On March 10, 2022, the court denied Plaintiff's motion to vacate judgment, finding that the judgment was not void and that Plaintiff had not demonstrated any other basis for relief. ECF No. 15. On March 30, 2022, Plaintiff filed another motion to vacate the judgment, again making the same arguments that the judgment was void, the court lacked jurisdiction, and that the court should issue a summons. The court discerns no basis to revisit these arguments and will DENY Plaintiff's motion for the reasons set forth in its March 10, 2022 order.

SO ORDERED.

Dated: May 19, 2022

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 19, 2022, by electronic and/or ordinary mail and also on Douglas J. Johnson, 3325 Grange Hall Rd, Apt. 204, Holly, MI 48442.

s/Brianna Sauve
Deputy Clerk